

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,120-02

## IN RE DANIEL LOPEZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 15-CR-3266-H & 15-CR-3995-H IN THE 347TH DISTRICT COURT FROM NUECES COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 347th District Court of Nueces County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Nueces County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting copies of timely filed orders designating issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has

not filed applications for writs of habeas corpus in Nueces County. Should the response include orders designating issues, proof of the date the district attorney's office was served with the habeas applications and that the 180-day time frame set out in TEX. R. APP. P. 73.4(b)(5) has not expired shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: May 22, 2019
Do not publish